...

AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NEW YORK

United States of America

v.

Trina L. Breland
40-06 Vernon Blvd #5a
Long Island Cit, NY 11101

**TO:**

    Trina L. Breland
    40-06 Vernon Blvd #5a
    Long Island Cit, NY 11101

Summons in a Civil Action

CV 99 5376

Case Number:
Claim No. : C99-04547

DEARIE, J.

GOLD, M.J.

YOU ARE HEREBY SUMMONED *and required to file with the Clerk of this Court and serve upon*

**PLAINTIFF'S ATTORNEY**

    Francis E. Mullen
    Mullen & Iannarone, P.C.
    Attorneys for the Plaintiff
    300 East Main Street
    Smithtown, NY  11787

*an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.*

SEP 08 1999

_____DATE    ROBERT C. HEINEMANN____CLERK

_[signature]_____
**BY DEPUTY CLERK**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP - 7 1999

Claim No. : C99-04547
Civil Action No.:
Judge:

CV 99  5376

DEARIE, J.
GOLD, M.J.

UNITED STATES OF AMERICA   §
                           §
vs.                        §
                           §
TRINA L. BRELAND           §

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this application pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of New York state, within the jurisdiction of this Court and may be served with service of process at 40-06 Vernon Blvd #5a Long Island Cit, NY 11101.

### The Debt

3. The debt owed the U.S.A. is as follows:

    A. Current Principal (*after application of all prior payments, credits, and offsets.*)      $1862.34

    B. Current Capitalized Interest Balance and Accrued Interest (*after application of all prior payments, credits, and offsets.*)      $392.74

    C. Administrative Fees, Cost, Penalties
*(after application of all prior payments,
credits, and offsets.)*                                                      $0.00

**Total Owed**                                                                                 $2255.08

The Certificate of Indebtedness, attached shows the total owed. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after the application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.250% per annum.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

**WHEREFORE,** U.S.A. prays for judgment:

A. For the sums set forth in paragraph 3 above, plus pre-judgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For such other relief which the Court deems proper.

By: _____/s/ Francis E. Mullen_____
Francis E. Mullen
Mullen & Iannarone, P.C.
**Attorneys for the Plaintiff**
300 East Main Street
Smithtown, NY 11787

Tel. No. (516)361-7050
Fax No. (516)361-7354